# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**SHUNTERRENCE D. TRAMMELL**
**HOSPITALMAN (E-3), U.S. NAVY**

**NMCCA 201400131**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 13 January 2014.
**Military Judge:** CAPT Robert B. Blazewick, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation:** LCDR N.O. Evans, JAGC, USN.
**For Appellant:** LtCol Richard Belliss, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**29 May 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court